UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
JOHN DOE,

              Plaintiff,                    **O R D E R**

       - against -               24 Civ. 7776 (NRB)

SEAN COMBS, DADDY'S HOUSE RECORDINGS
INC., CE OPCO, LLC, BAD BOY
ENTERTAINMENT HOLDINGS, INC., BAD BOY
PRODUCTIONS HOLDINGS, INC., BAD BOY
BOOKS HOLDINGS, INC., BAD BOY RECORDS
LLC, BAD BOY ENTERTAINMENT LLC, BAD
BOY PRODUCTIONS LLC, and
ORGANIZATIONAL DOES 1-10,

              Defendants.
-------------------------------------X

    **WHEREAS** on October 14, 2024, plaintiff filed his Complaint against the defendants (ECF No. 1); and

    **WHEREAS** on October 16, 2024, plaintiff filed a motion for leave to appear anonymously (ECF Nos. 12-15); and

    **WHEREAS** defendants have not yet been served and have not appeared in this case; and

    **WHEREAS** plaintiff has made a sufficient showing to temporarily proceed anonymously; it is hereby

    **ORDERED** that plaintiff shall file a renewed motion to proceed anonymously not later than 30 days after service of the Complaint, in order to provide defendants with an opportunity to respond to the motion.  If plaintiff fails to timely file this motion, the Court shall order the disclosure of his identity.

1

```
DATED:    New York, New York
          October 25, 2024
```

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE