# THE BUZBEE LAW FIRM

*www.txattorneys.com*

December 13, 2024

**VIA ECF**

Honorable Naomi Reice Buchwald
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Dear Judge Buchwald:

    As requested by the Court, we have attached the redlined version of the amended Complaint.

    Respectfully,
    */s/ Anthony G. Buzbee*
    Anthony G. Buzbee