UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN DOE,

                    Plaintiff,

  -against-

SEAN COMBS, DADDY'S HOUSE RECORDINGS, INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, AND ORGANIZATIONAL DOES 1-10,

                    Defendants.

Case No. 24-cv-7776

**RULE 7.1 STATEMENT**

---

       Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Bad Boy Entertainment LLC certifies that Bad Boy Entertainment Holdings, Inc. holds a more than ten percent (10%) membership interest in Bad Boy Entertainment LLC. No other parent corporation or publicly held corporation owns or has a membership interest that is more than 10% of Bad Boy Entertainment LLC. Bad Boy Entertainment LLC is a citizen of New York, California, and Florida.

|  |  |
|---|---|
| Dated: New York, New York<br>February 18, 2025 | **SHER TREMONTE LLP**<br><br>By:  */s/ Mark Cuccaro*<br>　　　Mark Cuccaro<br>　　　90 Broad Street, 23rd Floor<br>　　　New York, New York 10004<br>　　　Tel: (212) 202-2600<br>　　　mcuccaro@shertremonte.com<br><br>　　　*Attorney for Sean Combs, Daddy's House Recordings, Inc., CE OpCO, LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, and Bad Boy Productions LLC* |