```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
JOHN DOE,

                Plaintiff,

          - against -                              ORDER

SEAN COMBS, DADDY'S HOUSE                      24 Civ. 7776 (NRB)
RECORDINGS INC., CE OPCO, LLC d/b/a
COMBS GLOBAL f/k/a COMBS
ENTERPRISES LLC, BAD BOY
ENTERTAINMENT HOLDINGS, INC., BAD
BOY PRODUCTIONS HOLDINGS, INC., BAD
BOY BOOKS HOLDINGS, INC., BAD BOY
ENTERTAINMENT LLC, BAD BOY
PRODUCTIONS LLC, and ORGANIZATIONAL
DOES 1-10,

                Defendants.
-------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Having reviewed the parties' pre-motion letters, dated February 25, 2025 and March 5, 2025, the Court has determined that defendants may bring their motion without the necessity of a pre-motion conference.

The parties should confer on a briefing schedule agreeable to both sides, in which no more than sixty days elapse from the filing

1

of defendants' motion to the filing of defendants' reply.

**SO ORDERED.**

Dated:   New York, New York
         March 14, 2025

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE