# SHER TREMONTE LLP

March 28, 2025

**BY ECF**
The Honorable Naomi Reice Buchwald
United States District Judge
500 Pearl Street
New York, NY 10007

```
Application granted.
SO ORDERED.

          [signature]
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Date:     April 1, 2025
          New York, New York
```

Re: *Doe v. Combs, et. al.*, Case No. 24-cv-07776 (NRB)

Dear Judge Buchwald:

We write jointly on behalf of the Plaintiff in this action and defendants Sean Combs, Daddy's House Recordings Inc., CEOpCo, LLC d/b/a Combs Global f/k/a Combs Enterprises, LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, and Bad Boy Productions LLC (the "Combs Defendants," and together with Plaintiff, the "Parties"), pursuant to the Court's March 14, 2025 Order (ECF #56) that the Parties file a joint letter proposing a briefing schedule for the Combs Defendants' motion to dismiss. The Parties respectfully propose the following briefing schedule:

The Combs Defendants' motion to dismiss due on or before **April 24, 2025**. Plaintiff's opposition due on or before **May 27, 2025**. The Combs Defendants' reply due on or before **June 23, 2025**. This proposed schedule complies with the Court's direction that no more than 60 days elapse from the filing of the Combs Defendants' motion and the filing of their reply.

Respectfully submitted,

*/s/ Mark Cuccaro*
Mark Cuccaro
SHER TREMONTE LLP
90 Broad Street, 23rd Fl.
New York, New York 10004
T: 212.202.2600
mcuccaro@shertremonte.com
*Counsel for the Combs Defendants*

*/s/ Antigone Curis*
Antigone Curis
CURIS LAW, PLLC
52 Duane Street, 7th Fl.
New York, NY 10007
T: (646) 335-7220
antigone@curislaw.com
*Counsel for Plaintiff John Doe*