UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

John Doe,

        *Plaintiff*,　　　　　　　　　　　　　　　　No. 1:24-cv-07776-NRB

   v.

SEAN COMBS, DADDY'S HOUSE RECORDINGS INC.,
CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a
COMBS ENTERPRISES LLC, BAD BOY　　　　　　**NOTICE OF APPEAL**
ENTERTAINMENT HOLDINGS, INC.,
BAD BOY PRODUCTIONS HOLDINGS, INC.,
BAD BOY BOOKS HOLDINGS, INC.,
BAD BOY ENTERTAINMENT LLC,
BAD BOY PRODUCTIONS LLC, and
ORGANIZATIONAL DOES 1-10,

        *Defendants*.

---------------------------------------------------------X

NOTICE IS HEREBY GIVEN that John Doe, the plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order (Dkt. 62) entered on April 9, 2025, denying plaintiff the right to proceed in this case anonymously.  A copy of the Order is attached hereto as Exhibit A.

Dated: April 22, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**CURIS LAW, PLLC**
　　　　　　　　　　　　　　　　　　/s/ *Antigone Curis*
　　　　　　　　　　　　　　　　　　Antigone Curis
　　　　　　　　　　　　　　　　　　antigone@curislaw.com
　　　　　　　　　　　　　　　　　　52 Duane Street, 7th Floor
　　　　　　　　　　　　　　　　　　New York, New York 10007
　　　　　　　　　　　　　　　　　　Phone: (646) 335-7220
　　　　　　　　　　　　　　　　　　Facsimile: (315) 660-2610
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff John Doe*