```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

JOHN DOE,
                                              O R D E R
              Plaintiff,
                                              24 Civ. 7776 (NRB)
     - against -

SEAN COMBS, DADDY'S HOUSE RECORDINGS
INC., CE OPCO, LLC d/b/a COMBS GLOBAL
f/k/a COMBS ENTERPRISES LLC, BAD BOY
ENTERTAINMENT HOLDINGS, INC., BAD BOY
PRODUCTIONS HOLDINGS, INC., BAD BOY
BOOKS HOLDINGS, INC., BAD BOY
ENTERTAINMENT LLC, BAD BOY PRODUCTIONS
LLC, and ORGANIZATIONAL DOES 1-10,

              Defendants.

---------------------------------------X
```

**WHEREAS** on October 14, 2024, plaintiff filed a Complaint against defendants raising a single cause of action under the New York City Victims of Gender-Motivated Violence Protection Act ("VGMVPL") (ECF No. 1); and

**WHEREAS** on April 1, 2025, the Court granted defendants' request to move to dismiss the Complaint based, in part, on statute of limitations grounds(ECF No. 56); and

**WHEREAS** there are at least two pending appeals before the Second Circuit raising statute of limitations issues similar to those defendants are expected to raise in their anticipated motion to dismiss, see Parker v. Alexander, No. 24 Civ 4813 (LAK), 2025 WL 268436 (S.D.N.Y. Jan. 22, 2025); Doe v. Black, No. 23 Civ. 6418

1

(JGLC), 2024 WL 4335453 (S.D.N.Y. Sept. 27, 2024); and

**WHEREAS** the Circuit's decision on this potentially dispositive issue of law will be binding; and

**WHEREAS** on April 9, 2025, this Court denied plaintiff's motion to appear anonymously (ECF No. 62); and

**WHEREAS** on April 23, 2025, plaintiff filed a Notice of Interlocutory Appeal from this Order (ECF No. 68); and

**WHEREAS** there is at least one other pending appeal before the Second Circuit raising a similar anonymity issue, see Doe v. Combs, No. 24 Civ. 7778 (JLR), 2025 WL 934358 (S.D.N.Y. Mar. 27, 2025); and

**WHEREAS** the parties jointly wrote to the Court on April 16, 2025, to request a stay of the briefing schedule on defendants' anticipated motion to dismiss until the Circuit resolves the pending appeals (ECF No. 64); it is hereby

**ORDERED** that a stay is imposed until the Circuit's resolution of the pending appeals.

DATED:   New York, New York
         April 24, 2025

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE