**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOHN DOE,

Plaintiff,

v.

SEAN COMBS, DADDY'S HOUSE RECORDINGS INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, and ORGANIZATIONAL DOES 1-10,

,

Defendants.

Case No. 24-cv-07776 (NRB)

**NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that upon the Declaration of Michael Tremonte, dated September 29, 2026, and all prior pleadings and proceedings herein, Sher Tremonte LLP will move this Court, at a time and date to be set by the Court, at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York, 10007, for an order, pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, granting Sher Tremonte LLP, and each of its attorneys who have appeared in this action, leave to withdraw as counsel of record for Defendant and Sean Combs, for a 30-day adjournment of all deadlines to allow Mr. Combs to retain new counsel, and for such other and further relief as the Court may deem just and proper.

Dated: September 29, 2026
New York, New York

SHER TREMONTE LLP

By: */s/ Michael Tremonte*
Michael Tremonte
Erica A. Wolff
Mark Cuccaro
Raphael A. Friedman

90 Broad Street, 23rd Floor
New York, New York 10004
(212) 202-2600
mtremonte@shertremonte.com

*Attorneys for Defendant Sean Combs*