UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X

JOHN DOE,

Plaintiff,

- against -

SEAN COMBS, DADDY'S HOUSE RECORDINGS INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, ORGANIZATIONAL DOES 1-10, AND INDIVIDUAL DOES 1-10,

Defendants.

--------------------------------------X

**ORDER TO SHOW CAUSE**

24 Civ. 7776 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Upon the motion of Sher Tremonte LLP, ECF No. 74, and the accompanying declaration of Michael Tremonte, ECF No. 75, both of which, according to the certificate of service, ECF No. 76, have been served on defendants Sean Combs, Daddy's House Recordings Inc., CE OpCo, LLC (d/b/a Combs Global) (f/k/a Combs Enterprises LLC), Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, and Bad Boy Productions LLC by delivering a copy by email to the holder of Mr. Combs's power of attorney and a copy by USPS Priority Mail Express to Mr. Combs at FCI Fort Dix, it is hereby

**ORDERED** that defendants show cause by November 23, 2026, why an order should not be issued pursuant to Local Civil Rule 1.4 of the United States District Courts for the Southern and Eastern Districts of New York:

1) permitting Sher Tremonte LLP to withdraw as counsel of record in this matter;
2) determining that Sher Tremonte LLP has a retaining lien in the amount of its reasonable unpaid expenditures related to this matter to date; and it is further

**ORDERED** that Sher Tremonte LLP forthwith serve a copy of this Order on defendants by [1] electronic mail to the holder of Mr. Combs's power of attorney and [2] USPS Priority Mail Express to Mr. Combs's address at FCI Fort Dix, and thereafter file an affirmation of such service with the Court via ECF.

Dated: New York, New York
October 23, 2026

Naomi Reice Buchwald

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE