**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

John Doe,

*Plaintiff*,

-against-

SEAN COMBS, DADDY'S HOUSE RECORDINGS INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS INC, BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, AND ORGANIZATIONAL DOES 1-10,

*Defendants*.

Case No.: 1:24-cv-07776

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jane Doe, by and through her undersigned counsel, hereby gives notice that the above-captioned Action is voluntarily dismissed with prejudice. Counsel for Plaintiff have discussed this matter with counsel who acknowledge and consent to this submission.

Dated: New York, New York
November 12, 2026

**CURIS LAW, PLLC**

By: ______________________________

Antigone Curis
52 Duane Street, 7th Fl.
New York, NY 10007
(646) 335-7220
antigone@curislaw.com

**SHER TREMONTE**

By: ______________________________

Mark Cuccaro

90 Broad Street, 23rd FL
New York, NY 10004
(212) 202-2600
mcuccaro@shertremonte.com

**SO ORDERED**

_________________________________________

United States District Judge

Dated: _________________, 2026